**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **KENNETH HOPKINS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 08-00302-JJF |
| | : | |
| **CITY OF WILMINGTON** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ralph E. Lamar, IV, Esq. to represent plaintiff Kenneth Hopkins in this case

          Respectfully Submitted,

          **THE NEUBERGER FIRM, P.A.**

          /s/ Stephen J. Neuberger
          **STEPHEN J. NEUBERGER, ESQ. (#4440)**
          Two East Seventh Street, Suite 302
          Wilmington, DE 19801
          (302) 655-0582
          SJN@NeubergerLaw.com

Dated: May 30, 2008           Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **KENNETH HOPKINS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | C.A.No. 08-00302-JJF |
| | : | |
| **CITY OF WILMINGTON** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the otion for admission *pro hac vice* of Ralph E. Lamar, IV, Esq. is **GRANTED**.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
**THE HONORABLE JOSEPH J. FARNAN JR.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **KENNETH HOPKINS,** | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 08-00302-~~UNA~~ JJF |
| | : |
| **CITY OF WILMINGTON** | : |
| Defendant. | : |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_/s/ Ralph E. Lamar_
RALPH E. LAMAR, IV, ESQ.
141 Spruce Lane
Collegeville, PA 19426
(610) 831-5181
(610) 831-0680 facsimile
ralph.lamar@verizon.net

Dated: May 23, 2008

## **CERTIFICATE OF SERVICE**

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on May 30, 2008 I electronically filed this **Pleading** with the Clerk of the Court using CM/ECF.

/s/ Stephen J. Neuberger
**STEPHEN J. NEUBERGER, ESQ.**