IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH W. HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-cv-302 JJF |
| | ) | |
| CITY OF WILMINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT CITY OF WILMINGTON'S
## MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6)

Defendant, City of Wilmington, by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for an Order dismissing the Complaint in its entirety. The grounds for the motion are set forth in Defendant's opening brief filed contemporaneously herewith.

DATED:   August 11, 2008

**CITY OF WILMINGTON**

/s/ Gary W. Lipkin
Gary W. Lipkin (Bar I.D. No. 4044)
Assistant City Solicitor
City/County Building
800 N. French Street
Wilmington, DE 19801
302.576.2187

Attorney for Defendant
City of Wilmington